# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 06-1038

_____

United States of America,

          Appellee,

v.

Bulmaro Moreno-Meraz,

          Appellant.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  District of Minnesota.
\*
\*  [UNPUBLISHED]
\*

_____

Submitted: January 3, 2007
Filed: January 8, 2007

_____

Before MURPHY, BYE, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Bulmaro Moreno-Meraz appeals the 108-month prison sentence imposed by the district court[1] after he pleaded guilty to possession with intent to distribute approximately two pounds of methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A). On appeal, Moreno-Meraz argues that the district court erred in denying a minor-role reduction.

_____

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota.

The district court did not clearly err in denying the minor-role reduction because Moreno-Meraz knowingly transported 848 grams of 97% pure methamphetamine to a cooperating individual, and he had made a drug delivery to the cooperating individual once before.  See United States v. Bustos-Torres, 396 F.3d 935, 947-48 (8th Cir.) (district court's factual determination of defendant's role in offense may be reversed only if it is clearly erroneous, and it is defendant's burden to prove role reduction is warranted), cert. denied, 545 U.S. 1109 (2005) and 126 S. Ct. 203 (2005); United States v. Zuleta, 427 F.3d 1082, 1085-86 (8th Cir. 2005) (per curiam) (affirming denial of minor-role reduction where defendant acted as courier on more than one occasion).

Accordingly, we affirm.

_____